

# Moorish National Republic Federal Government



Tony Raheem Rumford Bey
4207 West Avenue J13
Lancaster, California 93536
Phone : 818-201-8937
Email: multimrdia_architects@yahoo.com

FILED
CLERK, U.S. DISTRICT COURT

**9/8/21**

CENTRAL DISTRICT OF CALIFORNIA
BY: **CS** DEPUTY

### UNITED STSTES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISON

PEOPLE OF THE STATE OF CALIFORNIA,

      Plaintiff,

vs.

TONY RAHEEM RUMFORD BEY,

      Defendant.

Case No.: CV21-7217-FMO(ASx)

**NOTICE OF REMOVAL OF CAUSE #OANO6807 FROM THE ANTELOPE VALLEY COURT (NORTH) D/BV/A OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**$1,000,000,000.**

**JURY TRIAL DEMANDED**

## DEFENDANT'S NOTICE OF REMOVAL

      TO: The people of the State of California, and their attorney of record, please take notice

that, Tony Rahman Rumford Bey, acting on special appearance, as trustee for TONY RUMFORD, has removed case number OANO6807 filed in the Superior Court for the State of California, but never properly served, located at 42011 4TH STREET WEST, LANCASTER CALIFORNIA, 93534, TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, 312 N SPRING ST, LOS ANGELES, CA 90012

  Removal of this action is effective immediately.

1. Neither defendant nor its trustee was properly served any notice.
2. The alleged plaintiff is incompetent and cannot be crossed examined.
3. Defendant's Trustee filed multiple actions in the case which was ignored.

*1879 California Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION I. Par. XXXII. The civil authority shall be superior to the military*
Notice of Special Restricted Appearance: Tony Raheem Rumford Bey USDOT/ 000002021 Beneficial Owner 1st Lien Holder of TONY EUGENE RUMFORD Estate d/b/a TONY EUGENE RUMFORD ©®™

 

# Moorish National Republic Federal Government

4. Defendant cannot be examined.
5. Defendant's trustee is a subject of a foreign nation.
6. No letters of rogatory have been issued.
7. Plaintiff lacks jurisdiction.
8. The State of California owns no land and was told so by the United States Supreme Court.
9. There is no such thing as public law on private land.
10. There are Constitutional questions filed.
11. There has been blatant fraud and violations not only of treaties, but also of federal statutes.
12. Trustee, Tony Rahman Rumford Bey herein gives Notice that, pursuant to 28 U.S.C. §1443, 1446, & 1447(b), he removed this case to the United States District Court for the Central District of California, on grounds that the Defendant is a trust and cannot testify. Defendants' federally secured rights guaranteed by 42 U.S.C. §1981, 1982 and 1983 the First, Fifth, Seventh, Ninth, and Fourteenth Amendments to the constitution are being directly and systematically impaired and infringed upon by unconstitutional statutory laws and customs, practices, and policies having the force and effect of laws in the Confederate States of America.
13. The **Fifth Amendment** (**Amendment V**) to the United States Constitution, which is part of the Bill of Rights, protects against abuse of government authority in a legal procedure. Its guarantees stem from English common law which traces back to Magna Carta in 1215. For instance, grand juries and the phrase *due process* (Also found in the 14th Amendment) both trace their origin to Magna Carta. The fifth Amendment is very clear; "No person shall be deprived of life, liberty, or property, without due process of law". defendants Dezra Jefferson and Vincent Defendant's trustee alleges that he is entitled to remove under 28 U.S.C. §1443(1) and Barbary Treaties.
14. Law, effectively denying equal access to the Courts in violation of 42 U.S.C §1981-1982.  .
15. Under civil rights removal, as a practical matter, the question can only be raised in
16. the pleadings by any defense asserted in an answer or raised in the petition for
17. removal. The reason for this is simple: where Plaintiffs seek to maintain their

*1879 California Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION I. Par. XXXII. The civil authority shall be superior to the military*
Notice of Special Restricted Appearance: Tony Raheem Rumford Bey USDOT/ 000002021 Beneficial Owner 1st Lien Holder of TONY EUGENE RUMFORD Estate d/b/a TONY EUGENE RUMFORD ©®™

## Moorish National Republic Federal Government

advantage in state court which arises on account of inherent inequities or injustices

18. civil rights removal is permissible:

19. The Removal is timely because defendant has never been properly served.


Respectfully submitted,


Dated this 7th day of September 2021


_____

Tony Raheem Rumford Bey as trustee of Defendant

# Moorish National Republic Federal Government



### DECLARATON OF TRUSTEE

1. I am a natural person.

2. I am a subject of the Empire of Morocco.

3. My land is private.

4. California has no jurisdiction on private land.

5. The facts associated with the situation is monumental.

6. I have filed notice with the Court repeatedly and have been ignored or overruled.

7. I am being irreparably harmed.

8. I will seek to file in the United States Court of Federal Claims.

9. I also will serve a NOTICE OF TRESPASS and a claim in Administrative Admiralty.


Dated: 09/07/2021


_____

Tony Rahman Rumford Bey

*1879 California Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION I. Par. XXXII. The civil authority shall be superior to the military*
Notice of Special Restricted Appearance: Tony Raheem Rumford Bey USDOT/ 000002021 Beneficial Owner 1st Lien Holder of TONY EUGENE RUMFORD Estate d/b/a TONY EUGENE RUMFORD ©®™

# Moorish National Republic Federal Government

CERTIFICATE OF MAILING

On 09/07/2021 I mailed copies of this action to the following:

SUPERIOR COURT OF THE STATE OF CALIFORNIA

CLERK OF THE COURT

42001 4th street west

Lancaster, Ca 93534

GEORGE GASCON

211 W TEMPLE ST

LOS ANGELES, CA 90012

DATED: 09/07/2021

_____

TONY RAHMAN RUMFORD BEY

**Moorish National Republic Federal Government**



1

2

3

4       **PLEASE TAKE NOTICE** that on September 08, 2021, at 8 :30 A.M., or as soon

5    thereafter as the matter may be heard, in the courtroom of the Honorable MUNUEL ALMADA,

6    located at 42011 4TH Street West, Room  A4, Tony Raheem Rumford Bey will on special

7    appearance bring this matter in defense of Defendant TONY EUGENE RUMFORD "TRUST"

8    will and hereby do move this Court for an order striking the Complaint in this matter in its

9    entirety, with prejudice and without leave to amend pursuant to California Code of Civil

10   Procedure section

11   This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and

12   Authorities in support thereof, the supporting Declaration of Tony Raheem Rumford Bey, all

13   pleadings, and papers on file in this action, oral argument as permitted by the Court, and any

14   such other matters that the Court deems appropriate. The moving parties respectfully request oral

15   argument.

16

17

18

19    Dated: August 03, 2021                           _____

20                                                      **Tony Raheem Rumford Bey**

21

22

23

24   **Trustee for Defendant TONY EUGENE RUMFORD Fraud Discovery Institute, Inc.**

25

26

27

28

# Moorish National Republic Federal Government

### MEMORANDUM OF POINTS & AUTHORITIES

The United States of America corporation is a fraudulent and counterfeit organization that hijacked the Sovereign United States of America formed under the Articles of Confederation. I am asking that the court immediately issue a writ of quo warranto to every state in the United States of America Corporation, writ of habeas corpus, writ of Prohibition, writ of (sheriff's) seizure and receivership of all businesses operating under the land grants treaties issued by James I, King Charles I, King Charles II, King Charles III, King Richard the Magna Carta of 1250.

The court was further recognized what is a treaty and the difference between the constitutional monarchy of England, Great Britain charter, the United Kingdom, and America.

The Articles of Confederation are what determines the United States of America. The ratification of the articles of Confederation on land that was chartered under the authority of royalty could not be transferred. The confederation ceases to exist when southern States, named below, seceded from the Union. The land for Washington District of Columbia is still under the authority of the Writ in charter land grants and cannot be assumed by any other entity without the consent and the laws generated by the parliament of England and King Charles II. Mini cases and United States Supreme Court decisions have been made from the courts that John Hanson (grandson of John Hanson Sr (), donated but did not surrender to the Confederacy. As such United States of America corporation under President Barack Obama, under the office of the Secretary of State authenticated my birth under a non-Hauge Nation and affirmed that I have full faith and credit. Upon researching to find that meaning and the origin of it I discovered it comes from former and first president of the Confederacy. And clearly defines what is what. President, John Hanson Jr, establish the courts the office of the Secretary of State for the Confederate Union. A series of US Supreme Court decisions dating back to the 1700s did the following:

1.  Established the United States Supreme Court

2.  Established the office of Secretary of State.

# Moorish National Republic Federal Government

There are other significant cases and decisions from the Supreme Court of The United States of America.

1. The Barbary Treaties is what gave the United States of America authority to operate as a sovereign nation. It is simply a trade agreement.

2. The law of the chartered land is common law as established through the magna Carta but does not pre-date the Hammurabi Codes.

3. The transfer of property entitled in this way it must be signed off by the king.

4. *Penhollow v Doane's Administrators*. This Case established that the United States of America is an artificial person and shall not have contract with a natural person. Likewise, transfers of land must be between natural person heirs or assigns. Penhollow v Doane's administrators 1798

5. DECLARATION OF INDEPENDENCE signed by John Hanson Jr as President of the Confederacy

6. Boston Tea Party English law

7. Secession from the Confederate Union

8. Establishment of fraudulent interloping racist government for the purpose of financial gain for white people.

9. The heirs of Henry Turner v do United States of America corporation 1848clearly esta

10. *Dred Scott v Sanford 1848*

11. *Herrera v Wyoming 2019*

12. *Innuci v US Trademark and Patent Office*

13. Voter Rights Act of 1964

14. Civil Rights Act of 1965

# Moorish National Republic Federal Government

15. *Hererra v. Wyoming 2019* confirmed that a Treaty can't be amended. Further defines the superlative rights of Indigenous and beneficiary rights.

16. *Innuci v US Trademark and Patent Office*. Clarification of first amendment violations

17. Abolition of the American Colonization Society by Johnson

18. Western Hemisphere Travel Initiative. Violation of Articles of Confederation

I respectfully asked that you familiarize yourself with the history and bloodline of the people which you continue to annihilate.

Dated: August 05, 2021

_____

**Tony Raheem Rumford Bey**

*1879 California Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION I. Par. XXXII. The civil authority shall be superior to the military*
Notice of Special Restricted Appearance: Tony Raheem Rumford Bey USDOT/ 000002021 Beneficial Owner 1st Lien Holder of TONY EUGENE RUMFORD Estate d/b/a TONY EUGENE RUMFORD ©®™

# Moorish National Republic Federal Government



### CERTIFICATE OF SERVICE

I, Tony Raheem Rumford Bey, living Man trustee for TONY EUGENE RUMFORD, corp. sole dba. TONY EUGENE RUMFORD is to certify that I have this day served the Solicitor General with this **SPECIAL ANTI-SLAPP MOTION TO STRIKE PLAINTIFF'S UNVERIFIED COMPLAINT AND DEMUR TO THE SERVICE NOTICE OF CONSTITUTIONAL QUESTIONS MOTION FOR AN ORDER FINDING PLAINTIFFS IN CRIMINAL CONTEMPT OF COURT to ALL CALIFORNIA STATE STATUTES** by REGISTERED MAIL. Delivery thereon to ensure delivery: Dated this 5th day of August 2021. UCC 1-103.6, UCC 1-308, UCC 1-301, UCC 1-207

Tony Raheem Rumford Bey, registered Owner of TONY EUGENE RUMFORD corp. sole Dba TONY EUGENE RUMFORD c/o 4207 West Ave. J-13 Lancaster, California, Republic Near 93536.



# Moorish National Republic Federal Government

### PROOF OF SERVICE

I do certify that a copy of previous writs, affidavits, declarations and/or notifications in the above **SPECIAL ANTI-SLAPP MOTION TO STRIKE PLAINTIFF'S UNVERIFIED COMPLAINT AND DEMUR TO THE SERVICE NOTICE OF CONSTITUTIONAL QUESTIONS MOTION FOR AN ORDER FINDING PLAINTIFFS IN CRIMININAL CONTEMPT OF COURT** has been furnished by way of either walk-in for all recipients, e-mail, fax, or certified mail to:

Moorish American Consular Court of the Moorish National Republic Federal Government
Vizir Mohammaden Judge
c/o 444 East Township Line Road, Box 712
Near. Havertown, Pennsylvania

*"Amen dico vobis, quæcumque alligaveritis super terram, erunt ligata et in cælo: et quæcumque solveritis super terram, erunt soluta et in cælo." "Sic erit verbum meum, quod egredietur de ore meo: non revertetur ad me vacuum, sed faciet quæcumque volui, et prosperabitur in his, ad qu misiillud." "Respondens autem Iesus, ait eis: Amen dico vobis, si habueritis fidem, et non hæsitaveritis, non solum de ficulnea facietis, sed et si monti huic dixeritis, Tolle, et iacta te in mare, fiet."*

Chronos:

Day: ____03ʳᵈ____   Month: _____August_____   Year: ____2021_____ .

I Am: ____Tony Raheem Rumford Bey_____ .

Moorish American National Appellation: Tony Raheem Rumford Bey Natural Person - In Propria Persona - Authorized Representative of TONY EUGENE RUMFORD©; All Rights Reserved

"I declare (or certify, verify, or State) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 28ᵗʰ Day of July 2021

*"Without prejudice, all rights reserved":*

𝕴 𝕬𝕞: ™ **TONY RAHEEM RUMFORD BEY** ©,                    _____
AUTHORIZED REPRESENTATIVE: **Tony Eugene Rumford**          **Server:**
Ex Rationale: (™**Tony Raheem Rumford Bey**©) all rights reserved":
Moorish American National / Consul / Minister / Vizir / Judge
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris, Sui Heredes,
In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate'
Temple of the Moon and Sun:

*Amen, amen dico vobis, quaecumque alligarveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt solute et in caelo*
*Amen, amen dico vobis, quaecumque alligarveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt solute et in caelo*
*Amen, amen dico vobis, quaecumque alligarveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt solute et in caelo*

Notary public or other completing this Certificate verifies the identity of the individual who the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribe and sworn to (or affirmed) before me
On this ____ day of _____,2021

(1) _____
Name(s) of Signer(s)

Proved to me the basis of satisfactory evidence to
be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

Place Notary Seal and / or Stamp Above

---

*1879 California Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION I. Par. XXXII. The civil authority shall be superior to the military*
Notice of Special Restricted Appearance: Tony Raheem Rumford Bey USDOT/ 000002021 Beneficial Owner 1ₛₜ Lien Holder of TONY EUGENE RUMFORD Estate d/b/a TONY EUGENE RUMFORD ©®™

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

| COURTHOUSE ADDRESS:<br>42011 4th Street West Lancaster CA 93534 | CASE NUMBER:<br>O AN06807 |
|---|---|
| PLAINTIFF/PETITIONER:<br>The People of the State of California | |
| DEFENDANT/RESPONDENT:<br>*Rumford, Tony* | DEPARTMENT/UNIT<br>Criminal |
| **CLERK'S CERTIFICATION OF<br>REPRODUCED COURT RECORDS** | TELEPHONE NUMBER<br>(661) 483 - 5798 |

I, SHERRI R. CARTER, Executive Officer/Clerk of the Superior Court of California, County of Los Angeles, certify that the reproduced court records attached hereto are a true and correct copy of the original documents contained in the original file or are of record, consisting of _____ 20 _____ pages from this office.



Seal of the
Superior Court of California, County of Los Angeles

An original seal is stamped herein in black ink.

**SHERRI R. CARTER**, Executive Officer/Clerk

Dated: **JUL 2 0 2021** _____

_____
By: Deputy **N. BECKETT**

ADM 079 (NEW 06/15)
LASC Approved XX/XX
For Optional Use

**CLERK'S CERTIFICATION OF
REPRODUCED COURT DOCUMENTS**

Gov. Code § 68150(f)

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 06/24/21

------------------------------------------------------------------------

CASE NO. 0AN06807

THE PEOPLE OF THE STATE OF CALIFORNIA
                                    VS.
DEFENDANT 01:  TONY EUGENE RUMFORD

------------------------------------------------------------------------


| BAIL: APPEARANCE DATE | AMOUNT OF BAIL | DATE POSTED | RECEIPT OR BOND NO. | SURETY COMPANY | REGISTER NUMBER |
|---|---|---|---|---|---|

CASE FILED ON 10/30/20.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED, ON OR ABOUT 08/15/20 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S) OF:

COUNT 01: 415(2) PC MISD


06/17/21 BENCH WARRANT IN THE AMOUNT OF $5,000.00 BY ORDER OF JUDGE MANUEL ALMADA ISSUED. (06/17/21).


ON 06/24/21 AT  830 AM  IN ANTELOPE VALLEY CTHOUSE DEPT A04

CASE CALLED FOR BENCH WARRANT HEARING

PARTIES: MANUEL ALMADA (JUDGE)  NAYRI JAMGOCHIAN  (CLERK)
         ELECTRONIC RECORDING      (REP)  KEVIN DEAN SEXTON  (DA)

DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

DEPUTY PUBLIC DEFENDER, YOORI CHUNG, IS PRESENT AS POSSIBLE STAND-BY COUNSEL.
.
THE BENCH WARRANT IS RECALLED AND QUASHED.
.
THE MATTER IS CONTINUED TO AUGUST 5, 2021, AT 8:30 A.M., IN DEPARTMENT A04 FOR PRETRIAL HEARING AS DAY 0 OF 45.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.

                                        BENCH WARRANT HEARING
                    PAGE NO.    1       HEARING DATE: 06/24/21

CASE NO. 0AN06807
DEF NO.  01

DATE PRINTED 06/24/21

NEXT SCHEDULED EVENT:

 UPON MOTION OF DEFENDANT
08/05/21   830 AM   PRETRIAL HEARING    DIST ANTELOPE VALLEY CTHOUSE DEPT AO4

DAY 00 OF 45

---

06/24/21 BENCH WARRANT IN THE AMOUNT OF $5,000.00    RECALLED. (06/24/21).

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

```
                                MINUTE ORDER
              SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

    DATE PRINTED: 06/17/21

    ----------------------------------------------------------------------
    CASE NO. 0AN06807

    THE PEOPLE OF THE STATE OF CALIFORNIA
                           VS.
    DEFENDANT 01:  TONY EUGENE RUMFORD

    ----------------------------------------------------------------------



    BAIL: APPEARANCE    AMOUNT      DATE     RECEIPT OR  SURETY COMPANY    REGISTER
              DATE      OF BAIL    POSTED    BOND NO.                      NUMBER

    CASE FILED ON 10/30/20.

    COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
     ON OR ABOUT 08/15/20 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
    OF:

    COUNT 01: 415(2) PC MISD



    ON 06/17/21 AT  900 AM :


    **********************PHONE CALL***********************
    THE DEFENDANT CALLED THE COURT ON THIS DATE TO CLEAR UP A
    WARRANT AND MATTER IS SCHEDULED IN DEPARTMENT A04 ON
    06/24/2021 FOR A BENCH WARRANT HEARING.SL


    NEXT SCHEDULED EVENT:
    06/24/21   930 AM  BENCH WARRANT HEARING   DIST ANTELOPE VALLEY CTHOUSE DEPT
    A04


    06/17/21 BENCH WARRANT IN THE AMOUNT OF $5,000.00 BY ORDER OF JUDGE MANUEL
    ALMADA ORDERED/ISSUED. (06/17/21).
```

```
                              MINUTE ORDER
            SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES


DATE PRINTED: 06/17/21

------------------------------------------------------------------------
CASE NO. 0AN06807

THE PEOPLE OF THE STATE OF CALIFORNIA
                            VS.
DEFENDANT 01:  TONY EUGENE RUMFORD

------------------------------------------------------------------------



BAIL: APPEARANCE  AMOUNT      DATE      RECEIPT OR  SURETY COMPANY   REGISTER
         DATE     OF BAIL    POSTED      BOND NO.                    NUMBER

CASE FILED ON 10/30/20.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 08/15/20 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 415(2) PC MISD



ON 06/17/21 AT  830 AM  IN ANTELOPE VALLEY CTHOUSE DEPT A04

CASE CALLED FOR PRETRIAL HEARING

PARTIES: MANUEL ALMADA (JUDGE)  TIMOTHY R KIMBROUGH  (CLERK)
         ELECTRONIC RECORDING       (REP)  KEVIN DEAN SEXTON   (DA)

THE DEFENDANT FAILS TO APPEAR, WITHOUT SUFFICIENT EXCUSE AND REPRESENTED BY
YOORI CHUNG DEPUTY PUBLIC DEFENDER

PUBLIC DEFENDER (STAND BY) HAD NO CONTACT WITH THE DEFENDANT.
.
DEFENDANT FAILED TO APPEAR BY 10:24 AM FOR PRETRIAL HEARING.
.
THE COURT ORDERS A BENCH WARRANT IN THE AMOUNT OF $5,000
(FIVE THOUSAND DOLLARS) ISSUED.
.
TCIS ELS

NEXT SCHEDULED EVENT:
BENCH/WARRANT ISSUED


06/17/21 BENCH WARRANT IN THE AMOUNT OF $5,000.00 BY ORDER OF JUDGE MANUEL
ALMADA ORDERED/ISSUED. (06/17/21).



                                          PRETRIAL HEARING
                        PAGE NO.   1       HEARING DATE: 06/17/21
```

CASE NO. 0AN06807
DEF NO.  01

DATE PRINTED 06/17/21

PAGE NO.   2

PRETRIAL HEARING
HEARING DATE: 06/17/21

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 04/30/21

------------------------------------------------------------------------
CASE NO. 0AN06807

THE PEOPLE OF THE STATE OF CALIFORNIA
                              VS.
DEFENDANT 01:  TONY EUGENE RUMFORD

------------------------------------------------------------------------


BAIL: APPEARANCE  AMOUNT    DATE      RECEIPT OR  SURETY COMPANY   REGISTER
          DATE    OF BAIL   POSTED    BOND NO.                     NUMBER

CASE FILED ON 10/30/20.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 08/15/20 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 415(2) PC MISD


ON 04/29/21 AT  830 AM  IN ANTELOPE VALLEY CTHOUSE DEPT A04

CASE CALLED FOR PRETRIAL HEARING

PARTIES: MANUEL ALMADA (JUDGE)  ASHLEY DEMAY  (CLERK)
         ELECTRONIC RECORDING     (REP)  TYLER ZAREMBA  (DA)

DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
DEFENDANT APPEARS IN PRO PER

THE COURT GIVES ITS TENTATIVE DECISION AND ALLOWS THE DEFENDANT
TIME FOR ORAL ARGUMENT.
.
THE COURT, HAVING READ AND CONSIDERED THE DEFENDANT'S NOTICE OF
REMOVAL AND ORAL ARGUMENT, NOW RULES AS FOLLOWS:
.
THE COURT DENIES THE DEFENDANT'S MOTION PURSUANT TO PENAL CODE
SECTION 7, 27, AND 777.
.
THE COURT REITERATES THAT THE MOTION IS DENIED AS TO THE ISSUE
OF JURISDICTION AND THE REMOVAL FROM THIS COURT INTO THE MOORISH
AMERICAN CONSULAR COURT.
.
THE COURT ENCOURAGES THE DEFENDANT TO SEEK LEGAL ASSISTANCE, FOR


                                   PRETRIAL HEARING
                  PAGE NO.   1      HEARING DATE: 04/29/21

```
CASE NO. 0AN06807
DEF NO.  01                          DATE PRINTED 04/30/21
```

WHICH THE DEFENDANT DENIES.
.
THE COURT APPOINTS THE PUBLIC DEFENDER'S OFFICE AS STAND-BY
COUNSEL AND NOTES THE DEFENDANT IS STILL A SELF-REPRESENTED
LITIGANT.
.
THE PEOPLE TURN OVER REDACTED DISCOVERY TO THE DEFENDANT IN
OPEN COURT.
.
THE DEFENDANT REJECTS THE PEOPLE'S OFFER IN OPEN COURT.
.
THE MATTER IS CONTINUED FOR FURTHER PRETRIAL TO JUNE 17, 2021 AT
8:30 AM IN DEPARTMENT A04 AS DAY 0 OF 45.


COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:
06/17/21   830 AM  PRETRIAL HEARING   DIST ANTELOPE VALLEY CTHOUSE DEPT A04

DAY 00 OF 45

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

```
                                 PRETRIAL HEARING
              PAGE NO.   2       HEARING DATE: 04/29/21
```

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 04/07/21

------------------------------------------------------------------------
CASE NO. 0AN06807

THE PEOPLE OF THE STATE OF CALIFORNIA
                         VS.
DEFENDANT 01:  TONY EUGENE RUMFORD

------------------------------------------------------------------------


BAIL: APPEARANCE    AMOUNT      DATE       RECEIPT OR   SURETY COMPANY    REGISTER
         DATE       OF BAIL    POSTED      BOND NO.                       NUMBER

CASE FILED ON 10/30/20.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 08/15/20 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 415(2) PC MISD


ON 04/07/21 AT 1000 AM  IN ANTELOPE VALLEY CTHOUSE DEPT A04

CASE CALLED FOR ARRAIGNMENT

PARTIES: MANUEL ALMADA (JUDGE)  GRECIA BARVOZA  (CLERK)
         ELECTRONIC RECORDING  (REP)     TYLER ZAREMBA  (DA)

DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
DEFENDANT APPEARS IN PRO PER

COURT ADVISES DEFENDANT THAT SELF-REPRESENTATION IS ALMOST ALWAYS AN UNWISE
CHOICE, AND WILL NOT WORK TO HIS ADVANTAGE; FURTHER, THAT HE WILL NOT BE HELPED
 OR TREATED WITH SPECIAL LENIENCY BY THE COURT OR THE PROSECUTOR, AND THAT HE
WILL BE HELD TO THE SAME STANDARDS OF CONDUCT AS AN ATTORNEY.  FURTHER, IF HE
WISHES TO REPRESENT HIMSELF, HE WILL NOT BE ABLE TO CLAIM LATER THAT HE MADE A
MISTAKE, OR THAT HE RECEIVED INEFFECTIVE ASSISTANCE OF COUNSEL.

COURT FINDS THAT THE DEFENDANT VOLUNTARILY AND INTELLIGENTLY CHOOSES
SELF-REPRESENTATION, AND THAT HE KNOWINGLY, INTELLIGENTLY, UNDERSTANDINGLY, AND
 EXPLICITLY WAIVES HIS RIGHT TO COUNSEL, AND DETERMINES THAT DEFENDANT IS
COMPETENT TO REPRESENT HIMSELF.

DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
CONSTITUTIONAL AND STATUTORY RIGHTS.

DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 415(2) PC.

COURT ORDERS AND FINDINGS:

                                       ARRAIGNMENT
                   PAGE NO.   1        HEARING DATE: 04/07/21

CASE NO. 0AN06807
DEF NO.  01

DATE PRINTED 04/07/21

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

DISCLOSURE REGARDING CASES INVOLVING THE LOS ANGELES COUNTY
DISTRICT ATTORNEY'S OFFICE PURSUANT TO CANON 3E OF THE CODE OF
JUDICIAL ETHICS IS MADE ORALLY.
.
THE DEFENDANT STATES HIS TRUE NAME IS TONY RAHEEM RUMFORD BEY.
.
DEFENDANT'S REQUEST TO WAIVE HIS RIGHT TO COUNSEL AND PROCEED
AS A PRO-PER LITIGANT IS GRANTED.
.
FARETTA WAIVER IS FILED THIS DATE.


DECREE CHANGING NAME FOR CASE 20AVCP00102 IS FILED THIS DATE.
THE DEFENDANT FILES SEVERAL MOTIONS THIS DATE.
.
THE PEOPLE INDICATE THAT DISCOVERY WILL BE AVAILABLE FOR THE
DEFENDANT TO PICK-UP COMMENCING 04/14/2021 AT THE DISTRICT
ATTORNEY'S OFFICE IN THIS BUILDING.
.
THE MATTER IS TRAILED AS INDICATED BELOW.

NEXT SCHEDULED EVENT:
04/29/21   830 AM  PRETRIAL HEARING   DIST ANTELOPE VALLEY CTHOUSE DEPT A04

DAY 22 OF 45

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE

PAGE NO.   2

ARRAIGNMENT
HEARING DATE: 04/07/21

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 04/07/21

------------------------------------------------------------------------
CASE NO. 0AN06807

THE PEOPLE OF THE STATE OF CALIFORNIA
VS.
DEFENDANT 01:  TONY EUGENE RUMFORD

------------------------------------------------------------------------


BAIL: APPEARANCE    AMOUNT    DATE      RECEIPT OR   SURETY COMPANY    REGISTER
          DATE      OF BAIL   POSTED    BOND NO.                       NUMBER

CASE FILED ON 10/30/20.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 08/15/20 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 415(2) PC MISD


ON 04/07/21 AT  830 AM   IN ANTELOPE VALLEY CTHOUSE DEPT A06

CASE CALLED FOR ARRAIGNMENT

PARTIES: ALAN Z. YUDKOWSKY (JUDGE)  VICTORIA REYES  (CLERK)
            ELECTRONIC RECORDING    (REP)  EDWARD DRU HODGE  (DA)

DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
DEFENDANT APPEARS IN PRO PER

THE DEFENDANT DOES NOT STIPULATE TO COMMISSIONER YUDKOWSKY.
THE MATTER IS TRANSFERRED TO DEPARTMENT A-04.

NEXT SCHEDULED EVENT:
04/07/21  1000 AM  ARRAIGNMENT    DIST ANTELOPE VALLEY CTHOUSE DEPT A04




                            ARRAIGNMENT
                PAGE NO.   1    HEARING DATE: 04/07/21

```
                              MINUTE ORDER
             SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES


DATE PRINTED: 04/02/21

------------------------------------------------------------------------
CASE NO. 0AN06807

THE PEOPLE OF THE STATE OF CALIFORNIA
                        VS.
DEFENDANT 01:  TONY EUGENE RUMFORD

------------------------------------------------------------------------



BAIL: APPEARANCE   AMOUNT      DATE      RECEIPT OR  SURETY COMPANY   REGISTER
         DATE      OF BAIL    POSTED     BOND NO.                     NUMBER

CASE FILED ON 10/30/20.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 08/15/20 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 415(2) PC MISD


03/03/21 ARREST WARRANT IN THE AMOUNT OF $500.00   RECALLED. (03/03/21).



ON 04/02/21 AT  900 AM :


****************************AT WINDOWS****************************

RECEIVED AND FILED 3 MOTIONS AT THE CRIMINAL WINDOWS. DOCUMENTS
FORWARDED TO DEPARTMENT A06 FOR THE NEXT COURT DATE.
TCIS KM
ARRAIGNMENT
```

```
                              MINUTE ORDER
              SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES


DATE PRINTED: 03/03/21

-----------------------------------------------------------------------
CASE NO. 0AN06807

THE PEOPLE OF THE STATE OF CALIFORNIA
                        VS.
DEFENDANT 01:  TONY EUGENE RUMFORD

-----------------------------------------------------------------------



BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR  SURETY COMPANY   REGISTER
          DATE    OF BAIL   POSTED    BOND NO.                    NUMBER
CASE FILED ON 10/30/20.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 08/15/20 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 415(2) PC MISD


10/30/20 ARREST WARRANT IN THE AMOUNT OF $500.00 BY ORDER OF JUDGE DAVIANN L.
MITCHELL ISSUED. (11/02/20).



ON 03/03/21 AT  900 AM :


OR CITE KP41116 RECEIVED FROM CHP 2/22/21.
WARRANT RECALLED. CA

NEXT SCHEDULED EVENT:
04/07/21   830 AM  ARRAIGNMENT    DIST ANTELOPE VALLEY CTHOUSE DEPT A06


03/03/21 ARREST WARRANT IN THE AMOUNT OF $500.00    RECALLED. (03/03/21).
```



EDP

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# FOR THE COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

**TONY EUGENE RUMFORD  (DOB: 02/04/1961)**

Defendant(s).

CASE NO.    O AN 0 6 8 0 7

*MISDEMEANOR COMPLAINT*
*FOR ARREST WARRANT*

The undersigned is informed and believes that:

### COUNT 1

On or about August 15, 2020, in the County of Los Angeles, the crime of DISTURBING THE PEACE BY LOUD NOISE, in violation of PENAL CODE SECTION 415(2), a Misdemeanor, was committed by TONY EUGENE RUMFORD, who did willfully, unlawfully, and maliciously disturb another person, to wit, DALE HOBART by loud and unreasonable noise in violation of subsection (2).

* * * * *

FILED
Superior Court of California
County of Los Angeles

OCT 3 0 2020

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Cynthia Asuncion

**NOTICE:** Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1 if the defendant has suffered a prior felony conviction. Willful refusal to provide the samples and impressions is a crime.

**NOTICE:** The People of the State of California intend to present evidence and seek jury findings regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b) and *Cunningham v. California* (2007) 549 U.S. 270.

**NOTICE:** A Suspected Child Abuse Report (SCAR) may have been generated within the meaning of Penal Code §§ 11166 and 11168 involving the charges alleged in this complaint. Dissemination of a SCAR is limited by Penal Code §§ 11167 and 11167.5 and a court order is required for full disclosure of the contents of a SCAR.

Further, attached hereto and incorporated herein are official reports and documents of a law enforcement agency which the undersigned believes establish probable cause for the arrest of defendant(s) TONY EUGENE RUMFORD for the above-listed crimes. Wherefore, a warrant of arrest is requested for TONY EUGENE RUMFORD.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER , CONSISTS OF 1 COUNT(S).

Executed at LANCASTER, County of Los Angeles, on October 27, 2020.

_____
JOHN CHIPINKA III
DECLARANT AND COMPLAINANT

.................................................................................................................................

JACKIE LACEY, DISTRICT ATTORNEY          BY:  MARK HAN LEE, DEPUTY

AGENCY:    LASD -          I/O:  JOHN CHIPINKA III    ID NO.:  602956    PHONE : (661) 940-3855
           LANCASTER
           STATION
           DETECTIVES
DR NO.:    920146121127399     OPERATOR:   PLH

| DEFENDANT | CII NO. | CITATION NO. | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|---|---|---|---|---|---|
| RUMFORD, TONY EUGENE | 06078651 | | | | |

*MISDEMEANOR  COMPLAINT FOR ARREST WARRANT*

It appearing to the Court that probable cause exists for the issuance of a warrant of arrest for the above-named defendant(s), the warrant is so ordered.

BAIL: $ _500.00_

DATE: _10/30/20_

Judge of the Above Entitled Court

JUDGE DAVIANN L. MITCHELL

# OR CITE RELEASE

# WARRANT RECALLED


OAND4807

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
NOTICE TO APPEAR
CHP 215   (REV. 06/15)

☐ MISDEMEANOR   KP 41116
☑ Traffic   ☐ Nontraffic

Date of Violation: 2/13/21   Time: 10:09 ☐ AM ☐ PM   Day of the Week: S M T W T F ☑
☐ CHP 215s   ☐ CHP 215
☐ Accident

Name (First, Middle, Last): Tony Eugene Rumford   ☐ Owner's Responsibility (§40001 VC)

Address: 4207 West Ave J13

City: Lancaster   State: CA   ZIP Code: 93536

Driver Lic. No.: B4414803   State/Country: CA   Commercial ☐ Yes ☑ No   Age: 60   Birth Date: 2/14/61

Sex: M   Hair: Brn   Eyes: Brn   Height: 6-00   Weight: 190   Race / Ethnicity: B

Veh. Lic. No. or VIN No.: BUSYB53   State: CA   Reg. Exp.: 2/22

Yr. of Veh.: 21   Make: Chrys   Model: Pacf   Body Style: Van   Color: Whi   Veh. Type: 08
☐ COMMERCIAL VEHICLE (§15210(b) VC)

Evidence of Financial Responsibility or CHP / DOT / PUC / ICC: Progstav
☐ HAZARDOUS MATERIAL (§353 VC)

Registered Owner or Lessee: BMW Holdings LLC   ☐ Same as Driver

Address: 14002 E 21st St Ste 1500   ☐ Same as Driver

City: Tulsa   State: OK   ZIP Code: 74134

Correctable Violation (§40610 VC)   ☐ Booking Required (See Reverse)   Misdemeanor or Infraction (Circle)

| Yes | No | Code and Section | Description | | |
|---|---|---|---|---|---|
| ☐ | ☐ | DMV: 2020/10/30 WNO: #FPOAM0BB070 | M | I |
| ☐ | ☐ | CHARGE: 415(2) PC | M | I |
| ☐ | ☐ | BAIL: $500 | M | I |
| ☐ | ☐ | JUDGE: MITCHELL DAVANN | M | I |

Speed Approx.   P. F. / Max Spd.   Veh. Lmt.   Safe   Special: 66

Location of Violation(s) at: SB 01 N/of Perkins

Beat: 21   Area: 50   Perm. Area   ☐ Radar / Lidar Unit / Patrol Vehicle No. 36VARS

☐ Violations not committed in my presence, declared on information and belief.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Executed at (place): Mendocino Co.   , California

Dec. Date: 2/13/21   Arresting or Citing Officer: N. Pierce   I.D. No.: 21444   Vacation Dates: ___ to ___

Perm. Area: ___

Dec. Date   Name of Arresting Officer, if different from Citing Officer   I.D. No.   Vacation Dates: ___ to ___

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.

X   SIGNATURE   Tony Bry

WHEN:   DATE: 4/7/24   TIME: 8.00 ☐ AM ☐ PM
WHAT TO DO:   FOLLOW THE INSTRUCTIONS ON THE REVERSE
WHERE:
ADDRESS:   ☐ SUPERIOR COURT   ☐ JUVENILE
Antelope Vly Cy   100 N. State St. Rm. # 108
PHONE NO.: 4201 47th St W   Ukiah, CA 95482
Lancaster Ca 93536   (707) 468-2000

☐ To be notified
☐ You may arrange with the clerk to appear at a night session of the court.

Judicial Council of California Form TR-130
Rev. 06-26-15 (§§ 40500(b), 40513(b), 40522, 40600 VC; § 853.9 PC.)
SEE REVERSE

KP 41116

*KP41116*

105

2021 00087

# WARRANT ARREST (SHORT FORM)
(X) Misdemeanor ( ) Felony

| DATE OF INCIDENT | TIME | NCIC NUMBER | CITATION NUMBER | MVARS/VEHICLE # |
|---|---|---|---|---|
| 2/13/21 | 2201 | 9150 | KP41116 | S 11537 |

1  **SUBJECTS NAME:** TONY EUGENE RUMFORD

3  **FIRST OBSERVATIONS:** At the above noted date and time,
4  (X) I observed the subject driving a motor vehicle in violation of 22349(a) VC
5  ( ) The subject was a passenger in a motor vehicle.
6  ( ) I observed the subject in a public place.
7  ( ) I observed the subject in violation of _____.

9  **The Subject:**
10  (X) produced a valid / invalid Drivers License # N8914823
11  ( ) could not provide a Drivers License, but did produce another form of ID: _____
12  ( ) could not produce any ID and was identified by verbal information only.

14  **Vehicle Information:** ( ) N/A
15  Year: 21 Make: CHRYS Model: PACIFICA Color: WHI License Plate BUSY655
16  Registered Owner: EAN HOLDINGS LLC
17  Owners Address: 14202 E 21ST ST STE 1500

19  **OUTSTANDING WARRANT AWARENESS:**
20  (X) I asked dispatch (or used the MDC) for a Warrant/Wanted check of the suspect.
21  ( ) The suspect advised me that he/she believed they had an outstanding warrant.
22  ( ) I became aware that the suspect had an outstanding warrant by other means.
23  Explain _____
24  (X) The outstanding warrant was confirmed.

26  **Warrant Information:**
27  Date of Warrant 10/30/20
28  Warrant Number: ATPOAN0680701
29  ( ) Mendocino County or (X) Other: _____
30  ( ) No Bail or (X) Bail amount $500
31  ( ) Issuing Agency or (X) Judge MITCHELL DAVIANN
32  Violations 415(2) PC

34  **ARREST:** The subject was subsequently ( ) arrested or (X) cited and released.
35  ( ) Taken to the Mendocino County Jail (X) Other LOS ANGELES
36  ( ) The subject was on Probation or Parole for other (previous) offenses.
37  ( ) The subject was booked without further incidents

39  **RECOMMENDATIONS:** ( ) None (X) I recommend the DA review this report.

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| N. PIERCE | 21444 | 2/13/21 | M. MFADEN | 2/15/2021 |

Rev. 7/14   I:\150\WARRANT ARREST FORM

```
FROM: CLET ISN: 48331 ITIME: 02/13/2021 22:16:34
TO: P150C001 OSN: 36 OTIME: 02/13/2021 22:16:34

HABJ
MSG: 001
O*************************CWS WARRANT-ABSTRACT***************************
* BOOKING AGENCY:  CA0239950                      22:16  -  02/13/21 *
* BOOKING DATE: 02/13/21           BOOKING NUMBER: 210213008         *
* LASD REPOSITORY OR THE COURT HOLDS:                                *
* SURNAME RUMFORD        FIRST TONY       MIDDLE EUGENE      SUFFIX   *
* RES. ADDR: 4207        J13             LANCASTER    CA             *
* DESCRIPTION  M B  D.O.B. 02/04/61 600 220 BRO BRO                  *
* MISDEMEANOR         ARREST       WARRANT                           *
* WARRANT NUMBER ATP0AN0680701                                       *
* BAIL       $500.00                                                 *
* VIOLATION 415(2)/PC                                                *
*                                                                    *
* DATE ISSUED 10/30/20 FILG AGY LASD LANCASTER STA.   PHONE ( 661 ) 9488466 *
* COURT ANT VLY COURTHOUSE   DIV  CLK                                *
* JUDGE MITCHELL DAVIANN L                                           *
* RESTRICTED 840 PC                                                  *
* OFFICER HAZARDS                                                    *
* MISC DESCRIPTORS                                                   *
* OLN N8414823  CA CII A06078651 SSN          VLN        MAIN 00000000 *
* ORIGINATING AGENCY REPORT NO:  201339311                          *
* BAIL STATUS                                                        *
*           THIS ABSTRACT IS SUFFICIENT FOR BOOKING PURPOSES        *
*                                                                    *
* IF ASSISTANCE NEEDED CALL LASD WARR/REPOSITORY 562-345-4457. NOTIFY LASD/ *
* TRANSPORTATION BY CLETS MSG C1P0 WHEN SUSPECT READY FOR PICK UP    *
```

*CRT DATE/TIME: 04/07/21*

*PER LANCASTER 0800 HRS VIA LL*

*AEKM*

*OFCR PIERCE*

Return for query [DMV Drivers License] sent to [CLETS]:

4C150727752.ID

DATE:02-13-21*TIME:22:08*

DMV RECORD FOR LAW ENFORCEMENT USE ONLY

DL/NO:N8414823*B/D:02-04-1961*NAME:RUMFORD TONY EUGENE*

MAIL ADDR AS OF 11-18-20:4207 WEST AVENUE J13 LANCASTER 93536*

OTH/ADDR AS OF 02-20-19:4207 W AVE J13 LANCASTER *

AKA:ROGERS ANTHONY E*

AKA:RUMFORD TONY E*

IDENTIFYING INFORMATION:

SEX:MALE*HAIR:BROWN*EYES:BRN*HT:6-00*WT:190*

ID CARD MLD:11-20-14*EXPIRES:02-04-20*

LIC/ISS:11-18-20*EXPIRES:02-04-25*RBM1*CLASS:C NON-COMMERCIAL*

ENDORSEMENTS:NONE*

LATEST APP:

DL TYPE:RBM WITH NEW PHOTO*ISS/DATE: 11-18-20*OFFICE: LAN*BATES:LIS*

LICENSE STATUS:

  VALID*

DEPARTMENTAL ACTIONS:

NONE

CONVICTIONS:

| VIOL/DT | CONV/DT | SEC/VIOL | DKT/NO | DISP | COURT | VEH/LIC |
|---------|---------|----------|--------|------|-------|---------|
| 11-20-17 | 01-11-18 | 22348B VC | 005Z0ZW | CD | 36130 | 8AAX570 |
| | | | *COURT SUSP THRU:01-12-18 | | | |
| DMV POINT COUNT 2 | | | | | | |
| 02-20-19 | 07-18-19 | 12951A VC | B544510 | C | 19413 | DP183NT |
| | | 214605 VC | | | | |
| DMV POINT COUNT 1 | | | | | | |
| 07-17-20 | 11-18-20 | 12500A VC | B790533 | C | 19413 | 8476192 |
| | | 22350  VC | | | | |
| DMV POINT COUNT 1 | | | | | | |

FAILURES TO APPEAR:

NONE

ACCIDENTS:

NONE

END

```
Return for query [CLETS SRF Query] sent to [CLETS]:

4C150727760.IR

CA0239950  RE: QVC.CA0239950.OLN/N8414823
NO MATCH OLN FIELD
NO SUPERVISED RELEASE RECORDS

INSUFFICIENT DATA FOR CARPOS CHECK
INSUFFICIENT DATA FOR NCIC CHECK
********* END OF SUPERVISED RELEASE FILE MESSAGE *********
```

```
Return for query [CLETS SRF Query] sent to [CLETS]:

4C150727760.IW

CA0239950  RE: QW.CA0239950.OLN/N8414823.WPS/
MATCH MADE ON OLN/N8414823
OLN FIELD SEARCH REVEALS:

WPS HIT # 001
ORI/CA0190024 FCN/2322030700918
**MISDEMEANOR WARRANT: DO NOT ARREST/BOOK BASED ON THIS WARRANT**
NAM/RUMFORD,TONY EUGENE    19610204 M B 600 220 BRO BRO
DOW/20201030 WNO/ATP0AN0680701 TOW/MISD ENT/4
OFF/5399 PUBLIC PEACE CAUSING LOUD NOISE
BAIL/500
OCA/201339311 REF/CHIPINKA
OLG/N8414823.CA.2020
SUBJECT MAY BE SAME AS  CII/A06078651 FBI/192773JA3
NOA/N
IMMEDIATELY CONFIRM WITH CA0190024 LASD-LANCASTER SUBSTN MNE/AEKM
TELEPHONE 661 940-3826

********* END OF WPS MESSAGE *********
```

```
Return for query [CLETS SRF Query] sent to [CLETS]:

4C150727760.IX

CA0239950 RE: QSA.CA0239950.OLN/N8414823
OLN FIELD SEARCH REVEALS:
** NO HITS ON SEX/ARSON REGISTRATION **
******************** END OF CSAR MESSAGE ********************
```